# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 11, 2014

## NO. 03-12-00473-CR

**Scott LaBranche, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 390TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment so that the portion of the judgment stating that appellant was convicted of "Aggravated Sexual Assault—Count Five" will instead provide that appellant was convicted of "Aggravated Sexual Assault—Count Three." The Court affirms the judgment as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.